IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ATLANTIC CASUALTY INS. CO.,

Plaintiff,

v.

ADAM HARRIS, INC., d/b/a
LENNY'S TAVERN, JOEL L.
HAYS, and LEONARD FOWLER,
Individually and as President of
Adam Harris, Inc.,

Defendants.                                No. 08-cv-647-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendants' Motion for Leave to File Amended Affirmative Defenses. Local Rule 15.1 requires that a copy of the proposed amendment to a pleading or a copy of the amended pleading itself should accompany a motion to amend. **S.D. Ill. R. 15.1**. Defendants failed to submit a copy of the proposed amended affirmative defense as required by the rule. Accordingly, the Court **DENIES, WITHOUT PREJUDICE**, Defendants' Motion for Leave to File Amended Affirmative Defenses.

**IT IS SO ORDERED.**

Signed this 9th day of July, 2009.

/s/     David R. Herndon

**Chief Judge
United States District Court**