IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE CO., )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>ADAM HARRIS, INC., d/b/a Lenny's Tavern, )<br>JOE L. HAYES, and LEONARD FOWLER, )<br>Individually and as president of )<br>Adam Harris, Inc., )<br>)<br>Defendants. ) | NO. 08-CV-647-DRH |

# O R D E R

**HERNDON, Chief Judge**

Based on the parties joint Stipulation filed by counsel at Doc. 40, the Court **DIRECTS** the Clerk of the Court to enter judgment of dismissal with prejudice and without costs 60 days from the date of this Order. Should the parties fail to consummate settlement within 60 days, they may petition the Court to delay entry of judgment until a later date. In light of the settlement, the Court **DENIES** all motions pending in this case **as moot** and **VACATES** all court dates in this case.

**IT IS SO ORDERED.**

**DATED:** April 15, 2010

/s/ David R Herndon
CHIEF JUDGE
U.S. DISTRICT COURT