IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ATLANTIC CASUALTY INSURANCE CO.,

    Plaintiff,

  VS.

ADAM HARRIS, INC., d/b/a Lenny's Tavern,
JOE L. HAYES, and LEONARD FOWLER,
Individually and as president of
Adam Harris, Inc.

    Defendants.                    NO. 08-CV-647-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 15, 2010, this case is **DISMISSED**  with prejudice. Each party shall bear their own costs.

                      NANCY J. ROSENSTENGEL,
                      **CLERK OF COURT**


                      **BY:**      /s/*Sandy Pannier*
                               **Deputy Clerk**

Dated: June 22, 2010


APPROVED:  /s/  *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT